In the Matter of the Petition of CLOTILDE R. KELLER et al., Respondents, for the Removal of HUGO P. KELLER, Appellant, as Testamentary Trustee under the Will of ADOLPH KELLER, Deceased.

*Matter of Keller,* 142 App. Div. 454, affirmed.
(Argued March 13, 1911; decided March 28, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered Jan-

uary 25, 1911, which reversed an order of Special Term deny-
ing a petition for the removal of Hugo P. Keller as testamen-
tary trustee under the will of Adolph Keller, deceased, and
granted said petition.

*Albert Stickney* for appellant.

*William G. Philippeau* and *Alfred B. Cruikshank* for
respondents.

Order affirmed, without costs, on the ground that the order
appealed from was within the discretion of the Supreme
Court; no opinion.

Concur: CULLEN, Ch. J., VANN, WILLARD BARTLETT, HIS-
COCK and CHASE, JJ.   Absent: HAIGHT and WERNER, JJ.